913 A.2d 802

IN THE MATTER OF DONALD P. FEDDERLY, AN ATTORNEY AT LAW (ATTORNEY NO. 005491986).

January 19, 2007.

CORRECTED ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 06–216, concluding that as a matter of final discipline pursuant to *Rule* 1:20–14, **DONALD P. FEDDERLY** of **FLANDERS,** who was admitted to the bar of this State in 1986, should be reprimanded based on respondent's guilty plea to third degree assault by auto, in violation *N.J.S.A.* 2C–1c(2), and driving while intoxicated, in violation of *N.J.S.A.* 39:4–50, conduct in violation of *RPC* 8.4(b) (criminal act that reflects adversely on the lawyer's honesty, trustworthiness or fitness as a lawyer), and good cause appearing;

It is ORDERED that **DONALD P. FEDDERLY** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.